JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARTIN SALSBERG, Derivatively on Behalf of KUSHCO HOLDINGS, INC., <br> Plaintiff, <br> v. <br> NICHOLAS KOVACEVICH, DALLAS IMBIMBO, ERIC BAUM, CHRISTOPHER TEDFORD, JIM MCCORMICK, CHRIS MARTIN, BARBARA GOODSTEIN, and DONALD HUNTER, <br> Defendants, <br> -and- <br> KUSHCO HOLDINGS, INC., a Nevada corporation, _____ <br> Nominal Defendant. <br><br> HOWARD NEYSMITH, Derivatively on Behalf of KUSHCO HOLDINGS, INC., <br> Plaintiff, <br> v. <br> ERIC BAUM, BARBARA GOODSTEIN, DONALD HUNTER, DALLAS IMBIMBO, NICHOLAS KOVACEVICH, CHRISTOPHER TEDFORD, JIM MCCORMICK, and CHRIS MARTIN, <br> Defendants, <br> -and- <br> KUSHCO HOLDINGS, INC., <br> Nominal Defendant. | Case No. 8:19-cv-00998-JLS-KES <br> Case No. 8:19-cv-01070-JLS-KES <br><br> ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS <br><br> ORDER CLOSING ALL RELATED SHAREHOLDER DERIVATIVE ACTIONS OTHER THAN LEAD CASE <br><br> ORDER RE STIPULATION TO APPOINT LEAD COUNSEL <br><br> AND RELATED MATTERS <br><br> \_\_\_ |

The Court has reviewed the parties' Stipulation filed in the Related Actions referenced above. (*See, e.g.*, 19-00998 Doc. 24.) In consideration thereof, the Court hereby orders as follows:

## CONSOLIDATION

Pursuant to Federal Rule of Civil Procedure 42(a)(2), the following Related Actions are hereby consolidated for all purposes, referred to as "the Consolidated Action":

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Salsberg v. Kovacevich, et al.* | 8:19-cv-00998-JLS-KES | 05/24/2019 |
| *Neysmith v. Baum, et al.* | 8:19-cv-01070-JLS-KES | 05/31/2019 |

The files of the Consolidated Action shall be filed and maintained under Case No. 8:19-cv-00998-JLS-KES.

Every filing in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE KUSHCO HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION _____ This Document Relates To: [individual case name(s)/number(s) or "All Actions"] | ) Lead Case No. 8:19-cv-00998--JLS-KES ) ) (Consolidated with Case No. 8:19-cv-01070-JLS-KES) [List all] ) ) ) ) ) ) ) ) |

The Clerk is directed to administratively close all cases other than the Lead Case.

The time in which to respond to the Complaints on file is extended to October 25, 2019. Response is required only if Plaintiff fails to file a Consolidated Complaint.

- 1 -

Plaintiffs shall file a Consolidated Complaint on or before October 18, 2019. Service and filing thereof must be in conformity with Local Rules 15-1 through 15-3. The Consolidated Complaint shall supersede all existing complaints filed in the Related Actions.

Defendants shall have until December 17, 2019 to answer, move, or otherwise respond to the Consolidated Complaint. If Defendants move to dismiss, at the time of filing, Defendants shall notice the hearing for April 3, 2020, or the first available motions hearing date thereafter.

In the event Defendants move to dismiss the Consolidated Complaint, Plaintiffs shall have until February 17, 2020 to oppose.

Defendants shall have until March 18, 2020 to reply.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), all parties consent to service by e-mail of any document required to be served in the Consolidated Action.

The parties also stipulated to the appointment of Lead Counsel. Lead counsel appointment should be sought by noticed motion, even if such motion is expected to be unopposed. Here, counsel seeking to be appointed as Lead Counsel should, at a minimum, address the requirements of Federal Rule of Civil Procedure 23.1 and the factors set forth in *Larson v. Dumke*, 900 F.2d 1363, 1367 (9th Cir. 1990).

In lieu of the procedures proposed by the parties regarding any other related shareholder derivative actions, the parties are directed to notify the Court of any such related cases in the manner set forth in Local Rule 83-1.3.

**IT IS SO ORDERED.**

Dated: September 13, 2019

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE